SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
KENNETH DAVIDSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>Plaintiff,<br><br>vs.<br><br>EL TAURINO RESTAURANT, INC.;<br>A.O.M. INVESTMENTS, LLC; and<br>DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:25-cv-10341-MEMF (AJRx)**<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff KENNETH DAVIDSON ("Plaintiff") and Defendants EL TAURINO RESTAURANT, INC. and A.O.M. INVESTMENTS, LLC stipulate that this Court dismiss the above-captioned action without prejudice in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\

Respectfully submitted,

DATED: November 25, 2025      SO. CAL. EQUAL ACCESS GROUP

By:    /s/  Jason J. Kim
       Jason J. Kim
       Attorneys for Plaintiff

DATED: November 25, 2025   Law Offices of Adolfo B Garber

By:    /s/ Adolfo B. Garber
       Adolfo B. Garber, Esq.
       Attorneys for Defendants
       EL TAURINO RESTAURANT, INC. and
       A.O.M. INVESTMENTS, LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 25, 2025      By: /s/ Jason J. Kim
                                            Jason J. Kim